IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 17-3103-01-cr-S-DPR |
| Plaintiff, | |
| v. | 18 U.S.C. § 113(a)(5) (Simple Assault of an Individual Under the Age of 16 Years) NMT 1 Year Imprisonment NMT $100,000 Fine NMT 1 Year Supervised Release Class A Misdemeanor |
| **MEGAN P. HOUSTON,** [DOB: 11/05/1984], | |
| Defendant. | $25 Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 9, 2016, in Pulaski County, within the Western District of Missouri, the defendant, **MEGAN P. HOUSTON**, at a place within the special maritime and territorial jurisdiction of the United States, namely Fort Leonard Wood, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault S.H. (DOB: 12/17/2008), an individual under the age of 16 years, by intentionally using a display of force that reasonably caused S.H. to fear immediate bodily harm, in violation of Title 18, United States Code, Section 113(a)(5).

Respectfully submitted,

THOMAS M. LARSON
Acting United States Attorney

By         

CASEY CLARK
Assistant United States Attorney

DATED: 9/14/17
Springfield, Missouri